# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SANTOS VELEZ**

vs.	**CASE NUMBER: 9:05-CV-342**

**M.T. GULDAN, DDS**

**Jury Verdict.**   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

That the jury has returned a verdict of no cause of action on all of Plaintiff's claims. Judgment is hereby entered in favor of the defendant, and the Plaintiff's amended complaint is dismissed in its entirety.

All of the above pursuant to a jury verdict rendered on August 26, 2009 before the Honorable Judge Glenn T. Suddaby.

DATED: August 27, 2009

*Lawrence K. Baerman*
Clerk of Court

s/_____
L. Welch
Deputy Clerk